DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELYSE EISENBERG,**
Appellant,

v.

**ANTHONY ROMANO,** Guardianship of Carol Cleveland,
an incapacitated person, and **ELLEN EISENBERG,**
Appellees.

No. 4D16-4181

[November 9, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2015-GA-000221-XXXX-NB.

Matthew F. Yon and Clifford B. Hark of Hark Yon Marmor, PLLC, Boca Raton, for appellant.

John P. Seiler and Steven A. Wahlbrink of the Law Offices of Seiler, Sautter, Zaden, Rimes & Wahlbrink, Fort Lauderdale, for appellee Anthony Romano.

Brett C. Barner of Barner & Barner, P.A., Palm Beach Gardens, for appellee Ellen Eisenberg.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***